## MOTION DOCKET

**92-2607.** Donah v. Windham Exempted Village Dist. Bd. of Edn. *Portage County,* No. 91–P–2360. On request for oral argument. Request denied.

**93-924.** Brown v. Ohio Bur. of Emp. Serv. *Marion County,* No. 9–91–50. On motion to dismiss. Motion denied.
WRIGHT and PFEIFER, JJ., dissent.

**93-1147.** State v. Manley. *Allen County,* No. 1–91–83. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.

**93-1458.** Cabe v. Lunich. *Portage County,* No. 92–P–0073. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93-1474.** Sabo v. Mico Ins. Co. *Summit County,* No. 15875. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93-1509.** Cooper Tire & Rubber Co. v. Limbach. Board of Tax Appeals, Nos. 90–A–1064, 90–A–1065 and 90–A–1066. On request for oral argument. Request denied.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93-1552.** N. Perry v. Lake Cty. Budget Comm. Board of Tax Appeals, Nos. 90–J–260, 91–J–279 and 92–B–267. On motion to strike exhibits. Motion granted.
A.W. SWEENEY and DOUGLAS, JJ., dissent.

**93-1554.** Springfield Local School Dist. Bd. of Edn. v. Lucas Cty. Budget Comm. Board of Tax Appeals, Nos. 90–G–87, 90–G–401, 91–G–26 and 91–G–293. On request for oral argument. Request granted.

**93-1854.** State ex rel. Morrow v. Moon. In Mandamus. On motion to clarify entry. Motion denied.

**93-1888.** State v. Cheatham. *Summit County,* No. 15576. On motion for leave to file delayed appeal and on motion for leave to file memorandum in support instanter. Motions granted.
F.E. SWEENEY, J., dissents.

**93-2045.** State ex rel. Sweet v. Hancock Cty. Bd. of Edn. *Hancock County,* No. 5–93–15. On motion for leave to file appellant's brief instanter. Motion granted.
F.E. SWEENEY, J., dissents.